**T.C. WOODWORTH, Kathleen A. Woodworth, et al., Plaintiffs–Appellants,**

v.

**Harmut (Hardy) Theodore ROSE, James Pat Reedy, et al., Defendants–Appellees,**

Geo Natural Resources,
Inc., Defendant–Cross–
Claimant–Appellee.

No. 05–14182
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 28, 2006.

Adolfo Campero, Jr., Campero & Becerra, P.C., Laredo, TX, for Plaintiffs–Appellants.

John A. Howard, Kwende B. Jones, Burr & Forman, LLP, James Robert Howard, Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Appellants appeal the denial of their July 11, 2005, Motion for Injunctive Relief Under the All Writs Act. The district court held this motion was essentially a request for reconsideration of the district court's previous order of May 17, 2004, denying Appellants' request for injunctive relief. We agree.

We review a district court's denial of a motion for reconsideration for an abuse of discretion. *Cliff v. Payco Gen. Amer. Credits, Inc.*, 363 F.3d 1113, 1121 (11th Cir.2004). We conclude the district court did not abuse its discretion in denying the motion and affirm for the reasons stated in the district court's orders of May 17, 2004, and August 8, 2005.

AFFIRMED.